

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 25, 2024

By ECF
Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *E Flying Eagle Corp. dba Izzy's Gourmet Deli, et al. v. U.S., et al.*, No. 24 Civ. 5908 (JPC)

Dear Judge Cronan:

    This Office represents the United States and the U.S. Department of Agriculture, Food and Nutrition Service ("FNS") in the above-referenced action that was filed on August 2, 2024. This case involves Plaintiffs' appeal of the FNS Final Agency Decision to disqualify Plaintiffs from the Supplemental Nutrition Assistance Program ("SNAP") for six months. I write to respectfully request an adjournment of the conference scheduled for Tuesday, October 29, 2024, at 4:00 p.m., until approximately one week from that date, or another time and date thereafter convenient to the Court.

    The reason for this request is that upon further review of this matter, FNS has authorized this Office to seek an informal resolution of this matter. To that end I have conveyed the government's position to opposing counsel this afternoon. A short adjournment would allow the parties to explore the possibility of resolving this matter without further litigation.

    I attempted to reach opposing counsel by email and by telephone concerning this request for an adjournment, but I was not able to speak with him. Accordingly, Plaintiffs have not consented to this request. This is the government's first request for an adjournment of this conference.

    We thank Your Honor for consideration of this submission.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s/ Leslie A. Ramirez-Fisher
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    Tel.: (212) 637-0378
    Email: leslie.ramirez-fisher@usdoj.gov

The request for an adjournment is granted. The telephonic conference currently scheduled for October 29, 2024, is hereby adjourned to November 12, 2024, at 10:00 a.m. At the scheduled time, the parties should call (866) 434-5269, access code 9176261. The Clerk of Court is respectfully directed to close Docket Number 11.

SO ORDERED.

Date: October 28, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge